FILED
JUL 1 5 2020
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

CASE NO. 2:20-CR-31-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **CRIMINAL INFORMATION** |
| | ) | |
| DOUGLAS MATTHEW GURKINS | ) | |

The United States Attorney charges:

### COUNT ONE

On or about December 29, 2014, in the Eastern District of North Carolina, the defendant, DOUGLAS MATTHEW GURKINS, did by threat of force, willfully intimidate and interfere with, and attempt to intimidate and interfere with D.W., who is African American, because of D.W.'s race and color and because D.W. was renting and occupying a dwelling. Specifically, the defendant yelled racial slurs; stated you do not belong here to D.W. and D.W.'s family members, who are also African American; threatened to shoot D.W., D.W.'s family members, and any other African American who came onto D.W.'s property; and used, attempted to use, and threatened to use a metal rod to threaten D.W. and D.W.'s family members. This offense involved the use, attempted use, and threatened use of a dangerous weapon.

(REST OF PAGE INTENTIONALLY LEFT BLANK)

1

All in violation of Title 42, United States Code, Section 3631.

ROBERT J. HIGDON JR.
United States Attorney

*/s/ Erin C. Blondel*
ERIN C. BLONDEL
Assistant United States Attorney

*/s/ Erin C. Blondel for*
SHAN PATEL
Trial Attorney
United States Department of Justice
Civil Rights Division

*/s/ Erin C. Blondel for*
LAURA GILSON
Trial Attorney
United States Department of Justice
Civil Rights Division

2