# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 2:20-CR-00031-1BO |
| Douglas Matthew Gurkins | ) | |
| | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 08/06/2020

*Douglas Matthew Gurkins*
Defendant's signature

*[signature]*
Signature of defendant's attorney

Myron T. Hill, Jr.
Printed name of defendant's attorney

*[signature]*
Judge's signature

Terrence W. Boyle, Chief US District Judge
Judge's printed name and title

FILED IN OPEN COURT
ON 8/6/2020
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC